**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL TISCARENO,<br>　　　　Petitioner,<br>　　v.<br>W.L. MONTGOMERY, *Warden*,<br>　　　　Respondent. | Case No. LA CV 16-5097 CJC (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and this Court's Order Accepting Report and Recommendation of United States Magistrate Judge.

DATED: August 30, 2017

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. CORMAC J. CARNEY
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE